IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BENNIE TAYLOR, ET AL.                :
                                     :
         vs.                         :        CIVIL ACTION NO. 02-4574
                                     :
DELTA FUNDING CORP., ET AL.          :

# ORDER

     **AND NOW**, this 10th  day of March , 2003 , the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    []   -   Order staying these proceedings pending disposition of a related action.

    [X]   -   Order staying these proceedings pending determination of arbitration proceedings.

    []   -   Interlocutory appeal filed

    []   -   Other:

it is
     **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

     **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                            **BY THE COURT:**

                                            _____
                                            CLIFFORD SCOTT GREEN,    J.

Civ. 13 (8/80)